CHRISTINA ROSADINI *v.* JAMES F. SULLIVAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 22848) is denied.

*William F. Gallagher,* in support of the petition.

Decided September 12, 2002

BETH ANN MONGILLO *v.* EDWARD MONGILLO

The plaintiff's petition for certification for appeal from the Appellate Court, 69 Conn. App. 472 (AC 20975), is denied.

*Lori Welch-Rubin,* in support of the petition.

*Kevin P. Thornton,* in opposition.